(91 South. 926)

OUTCALT ADVERTISING AGENCY v. FARMERS' STATE BANK. (5 Div. 356.) (Court of Appeals of Alabama. Nov. 24, 1921.) Appeal from Circuit Court, Macon County; S.

L. Brewer, Judge. R. H. Powell, of Tuskegee, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.